```
                              United States Bankruptcy Court
                                 Middle District of Florida
In re:                                                             Case No. 11-13389-ABB
Todd Rumsey                                                        Chapter 7
Audrey Rumsey
         Debtors                   CERTIFICATE OF NOTICE
District/off: 113A-6         User: gkim                  Page 1 of 2              Date Rcvd: Dec 06, 2011
                             Form ID: B18J              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2011.
db/jdb        +Todd Rumsey,    Audrey Rumsey,    3089 Harrow Rd,    Spring Hill, FL 34606-3137
20956492      +Business Revenue Syste,    2419 Spy Run Ave Ste A,    Fort Wayne, IN 46805-3250
20956495      +Fac/nab,    Attn: ABK Unit,    Po Box 198988,    Nashville, TN 37219-8988
20956496      +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
20956498      +Kings Credit Service,    510 N Douty St,    Hanford, CA 93230-3911
20956499      +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
20956500      +North Amercn,    2810 Walker Rd,    Chattanooga, TN 37421-1082
20956504      +Unique National Collec,    119 E Maple St,    Jeffersonville, IN 47130-3439
20960313      +United States Attorney,    501 West Church Street,    Suite 300,    Orlando FL 32805-2281

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QECNOBLE.COM Dec 07 2011 02:13:00      Emerson C Noble,    Post Office Box 195008,
                Winter Springs, FL   32719-5008
20956493      +E-mail/Text: electronicbkydocs@nelnet.net Dec 07 2011 05:19:56      Dept Of Education/neln,
                121 S 13th St,    Lincoln, NE 68508-1904
20956494      +EDI: DISCOVER.COM Dec 07 2011 02:13:00      Discover Fin,    Po Box 6103,
                Carol Stream, IL 60197-6103
20956490       EDI: FLDEPREV.COM Dec 07 2011 02:13:00      Florida Department of Revenue,    Bankruptcy Unit,
                Post Office Box 6668,    Tallahassee FL 32314-6668
20956497      +E-mail/Text: bknoticing@grantweber.com Dec 07 2011 05:19:17      Grant & Weber,
                26575 W Agoura Rd,    Calabasas, CA 91302-2975
20956489       E-mail/Text: gaylel@co.hernando.fl.us Dec 07 2011 04:52:33      Hernando County Tax Collector,
                20 North Main Street,    Room 112,    Brooksville FL 34601-2892
20956491       EDI: IRS.COM Dec 07 2011 02:13:00      Internal Revenue Service,    Post Office Box 7346,
                Philadelphia PA 19101-7346
20956502       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 07 2011 06:00:09      Regional Acceptance Co,
                111126 N Mabry Hwy,    Tampa, FL 33618
20956503      +EDI: SEARS.COM Dec 07 2011 02:13:00      Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20956501     ##+Pcs,   Po Box 538092,   Orlando, FL 32853-8092
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**          **Signature:** _Joseph Speetjens_

```
District/off: 113A-6          User: gkim              Page 2 of 2             Date Rcvd: Dec 06, 2011
                              Form ID: B18J           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2011 at the address(es) listed below:
        Emerson C Noble   nemerson@epiqtrustee.com, enoble@ecf.epiqsystems.com
        K Hunter Goff   on behalf of Debtor Todd Rumsey hunter@khuntergoffpa.com, kathleen@khuntergoffpa.com;ecfkhg@gmail.com;kathleen@khgpa.com;drabrams620@gmail.com
        United States Trustee - ORL7   USTP.Region21.OR.ECF@usdoj.gov
        TOTAL: 3

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 6:11–bk–13389–ABB

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Todd Rumsey | Audrey Rumsey |
| 3089 Harrow Rd | 3089 Harrow Rd |
| Spring Hill, FL 34606 | Spring Hill, FL 34606 |

Social Security No.:
xxx–xx–1436                                                              xxx–xx–0893

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: December 6, 2011                   _____
                                          Arthur B. Briskman
                                          United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**